```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 121
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  FAX: (415) 729-9023

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 09 6021 CRB (JL) |
|---|---|
| Plaintiffs, | (PROPOSED) ORDER OF EXAMINATION |
| vs. | |
| McFARLANE & SONS, INC., etc., | |
| Defendant. | |

To: Michael McFarlane, Custodian of Records and Officer of Corporate Judgment Debtor
   McFarlane & Sons, Inc.
   1405 S. Railroad Avenue
   San Mateo, CA 94402

You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on Wednesday, May 18, 2011 at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom F, 15th Floor, San Francisco, CA 94102 before the Magistrate James Larson then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

     2.    Title documents to all equipment and vehicles of debtor;

     3.    Annual Financial Statements for 2010, and all monthly financial statements for 2010;

     4.    Federal tax returns for the last year reported;

     5.    All bank statements, deposit slips and canceled checks for all accounts for November 2010 to date;

     6.    The last tax return filed with the Franchise Tax Board;

     7.    Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from July 1, 2010 to date;

     8.    All accounts receivable lists generated by the Company in the last six months;

     9.    Cash Disbursement Journals for 2010;

     10.   All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor.

     NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: 4-6-11

_____
Magistrate Judge James Larson

ORDER OF EXAMINATION                              2