```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 121
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  FAX: (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8                      UNITED STATES DISTRICT COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 09 6021 CRB (LB)
    WORKERS, et al.,                     )
12                                       )
                       Plaintiffs,       )
13                                       )   (PROPOSED)
                 vs.                     )   ORDER OF EXAMINATION
14                                       )
    McFARLANE & SONS, INC., etc.,        )
15                                       )
                       Defendant.        )
16  _____)

17  To:  Michael McFarlane, Custodian of Records and Officer of
                    Corporate Judgment Debtor
18       McFarlane & Sons, Inc.
         1405 S. Railroad Avenue
19       San Mateo, CA 94402
```

20          You the above named custodian of records and officer of

21   judgment debtor ARE HEREBY ORDERED to appear personally on Tuesday,

22   September 20, 2011 at 9:00 a.m. at 1301 Clay Street, Courtroom 4, 3rd

23   Floor, Oakland, CA 94612 before the Magistrate Laurel Beeler then and

24   there to be examined on oath concerning your property or other matters

25   material to the proceedings.

26          You are ordered to bring with you the following documents:

27          1.    The corporation's bylaws, share register and minute

28   book;

ORDER OF EXAMINATION                    1

        2.    Title documents to all equipment and vehicles of debtor;

        3.    Annual Financial Statements for 2010, and all monthly financial statements for 2010;

        4.    Federal tax returns for the last year reported;

        5.    All bank statements, deposit slips and canceled checks for all accounts for November 2010 to date;

        6.    The last tax return filed with the Franchise Tax Board;

        7.    Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from July 1, 2010 to date;

        8.    All accounts receivable lists generated by the Company in the last six months;

        9.    Cash Disbursement Journals for 2010;

        10.   All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor.

        NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: August 23, 2011

                                      Magistrate Judge Laurel Beeler

<u>ORDER OF EXAMINATION</u>                        2