```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>McFARLANE & SONS, INC., etc.,<br><br>Defendant. | NO. C 09 6021 CRB (LB)<br><br>~~(PROPOSED)~~<br>ORDER OF EXAMINATION |

To: Michael McFarlane, Custodian of Records and Officer of Corporate Judgment Debtor
McFarlane & Sons, Inc.
1405 S. Railroad Avenue
San Mateo, CA 94402

You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on Wednesday, February 27, 2013 at 10:30 a.m. at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, CA before the Magistrate Laurel Beeler then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

ORDER OF EXAMINATION      1

2. All monthly financial statements for 2012;

3. Federal tax return for the last year reported;

4. All bank statements, deposit slips and canceled checks for all accounts for April 2012 to date;

5. The last tax return filed with the Franchise Tax Board;

6. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from April 1, 2012 to date;

7. All accounts receivable lists generated by the Company in the last six months.

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: December 18, 2012

_____
Magistrate Judge Laurel Beeler

ORDER OF EXAMINATION                2