1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL)      NO.  C 09 6021 CRB (LB)
   WORKERS, et al.,                       )
12                                         )
                        Plaintiffs,        )
13                                         )      ~~(PROPOSED)~~
               vs.                         )      ORDER OF EXAMINATION
14                                         )
   McFARLANE & SONS, INC., etc.,           )
15                                         )
                        Defendant.         )
16 _____)

17 To:  Michael McFarlane, Custodian of Records and Officer of
                    Corporate Judgment Debtor
18      McFarlane & Sons, Inc.
        1405 S. Railroad Avenue
19      San Mateo, CA 94402

20         You the above named custodian of records and officer of

21 judgment debtor ARE HEREBY ORDERED to appear personally on Wednesday,

22 February 27, 2013 at 10:30 a.m. at 450 Golden Gate Avenue, Courtroom

23 C, 15th Floor, San Francisco, CA before the Magistrate Laurel Beeler

24 then and there to be examined on oath concerning your property or

25 other matters material to the proceedings.

26         You are ordered to bring with you the following documents:

27         1.   Title documents to all equipment and vehicles of

28 debtor;


        ORDER OF EXAMINATION              1

1       2.   All monthly financial statements for 2012;

2       3.   Federal tax return for the last year reported;

3       4.   All bank statements, deposit slips and canceled checks

4   for all accounts for April 2012 to date;

5       5.   The last tax return filed with the Franchise Tax Board;

6       6.   Copies of all purchase orders, change orders accepted

7   bids, and contracts which relate in any way to work performed by

8   debtor during the period from April 1, 2012 to date;

9       7.   All accounts receivable lists generated by the Company

10  in the last six months.

11      NOTICE TO JUDGMENT DEBTOR.   IF YOU FAIL TO APPEAR AT THE

12  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

13  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

14  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

15  JUDGMENT CREDITOR IN THIS PROCEEDING.

16  Dated: December 18, 2012             _____

                                    Magistrate Judge Laurel Beeler