Muriel B. Kaplan, Esq. (SBN 124607)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | Case No.: C09-6021 CRB (LB) |
| Plaintiffs, | **[PROPOSED] ORDER OF EXAMINATION** |
| v. | |
| MCFARLANE & SONS, INC., etc., | |
| Defendant. | |

To:     Michael McFarlane,
         Custodian of Records and Officer of Corporate Judgment Debtor
         McFarlane & Sons, Inc.
         1405 S. Railroad Avenue
         San Mateo, CA 94402

You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on Thursday, October 17, 2013 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, CA before the Magistrate Laurel Beeler then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.      Title documents to all equipment and vehicles of debtor;

2.      All monthly financial statements for 2012;

3.      Federal tax return for the last year reported.

4.      All bank statements, deposit slips and canceled checks for all accounts for

P:\CLIENTS\SHECL\McFarlane & Sons, Inc\Pleadings\C09-6021 CRB (LB) - Proposed Order of Examination 061813.doc

1 | April 2012 to date;

2 |       5.     The last tax return filed with the Franchise Tax Board;

3 |       6.     Copies of all purchase orders, change orders accepted bids, and contracts

4 | which relate in any way to work performed by debtor during the period from April 1, 2012 to date;

5 |       7.     All accounts receivable lists generated by the Company in the last six

6 | months.

7 |      NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME

8 | AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND

9 | PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

10 | REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

11 | JUDGMENT CREDITOR IN THIS PROCEEDING.

12 |

13 | Date: June 21, 2013 _____

                        _____

14 |                         MAGISTRATE JUDGE LAUREL BEELER

**[PROPOSED] ORDER OF EXAMINATION**
**Case No.: C09-6021 CRB (LB)**