Muriel B. Kaplan, Esq. (SBN 124607)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCFARLANE & SONS, INC., etc.,<br><br>Defendant. | Case No.:  C09-6021 CRB (LB)<br><br>[**PROPOSED**] ORDER OF EXAMINATION |

To:   Michael McFarlane,
      Custodian of Records and Officer of Corporate Judgment Debtor
      McFarlane & Sons, Inc.
      1405 S. Railroad Avenue
      San Mateo, CA 94402

You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on June 24, 2014 at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, CA before the Magistrate Laurel Beeler then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

2. All monthly financial statements for 2012;

3. Federal tax return for the last year reported.

4. All bank statements, deposit slips and canceled checks for all accounts for

April 2012 to date;

        5.      The last tax return filed with the Franchise Tax Board;

        6.      Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from April 1, 2012 to date;

        7.      All accounts receivable lists generated by the Company in the last six months.

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Date: June 3, 2014                       _____

                                                    MAGISTRATE JUDGE LAUREL BEELER

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **June 3, 2014**, I served the following document(s):

**[PROPOSED] ORDER OF EXAMINATION**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:

> Michael J. McFarlane
> McFarlane & Sons, Inc.
> 1405 South Railroad Avenue
> San Mateo, CA  94402

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **June 3, 2014,** at San Francisco, California.

/S/
Michelle Valentine
Paralegal

-1-
**PROOF OF SERVICE**
**Case No.: C09-6021 CRB (LB)**

P:\CLIENTS\SHECL\McFarlane & Sons, Inc\Pleadings\C09-6021 CRB (LB) - Proposed Order of Examination to 062414 060214.doc